## 37471. SERPENTFOOT et al. v. THE WORD OF THE JEWS et al.

PER CURIAM.
It appearing that the notice of appeal in this case was not filed within 30 days of the final order, this appeal is dismissed for failure to perfect the appeal.
*All the Justices concur.*

DECIDED APRIL 9, 1981 —

Rhearing denied May 5, 1981.

Serpentfoot, *pro se.*
*Lewis R. Slaton, District Attorney, Arthur K. Bolton, Attorney General, J. Billie Ray, Jr.,* for appellees.